IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH DEMOCRATIC PARTY and JOSUHA HARDY<br><br>Plaintiffs,<br><br>v.<br><br>DEIDRA M. HENDERSON, in her Official Capacity as Lieutenant Governor of Utah, and JOEL FERRY<br><br>Defendants. | **ORDER TO SHOW CAUSE**<br><br>Case No. 2:22-cv-00581-JNP<br><br>District Judge Jill N. Parrish |

After reviewing Plaintiffs' Complaint and Motion for Preliminary Injunction, the court is not inclined to find that it should exercise supplemental jurisdiction to grant relief for Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(c)(1)-(2). Recognizing the time sensitive nature of this matter, the court hereby ORDERS Plaintiffs to show cause, no later than September 12, 2022 at 8:00 AM, as to why it should exercise supplemental jurisdiction to hear Plaintiffs' claims made under state law, specifically those arising from Sec. 6, Utah Code § 63A-17-904(4)(b), Utah Admin. Code R477-9-4(1)(b), and UTAH CONST. art. I, §§ 1, 2, 7, 17, & 24, art. IV, § 2, art. V § 1, and art. VI § 6.

DATED September 9, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge